UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>FNU. BALLESTEROS, et al.,<br><br>Defendants. | No. 1:20-cv-000376-NONE-HBK<br><br>ORDER DENYING MOTION FOR EX PARTE DEFAULT AND DENYING MOTION FOR COPIES<br><br>ORDER DENYING MOTION TO CLARIFY<br><br>Doc. Nos. 11 and 12 |

Pending before the Court are Plaintiff's pleadings titled "Motion and Motion of Exparte of Default on the Denial of Legal Forms and Duplication Services on Part of Law Librarian W. Cooper" filed January 26, 2021 (Doc. No. 11. "Motion for Default") and "Motion to Clarify His Objections" objections" filed on January 26, 2021 (Doc. No. 12, "Motion to Clarify).

On January 2, 2021, the District Court adopted in full the former magistrate judge's March 19, 2020 Findings and Recommendations (Doc. No. 4) and denied Plaintiff in forma pauperis status due to his three-strike status. *See* Doc. 10.  The Court directed Plaintiff to pay the full $402.00 filing fee within 30 days if he wished to proceed in this action and directed the Clerk to provide Plaintiff with a courtesy copy of his Complaint. *Id*. at 7.  The Court further warned Plaintiff that his failure to timely comply with the January 2, 2021 order would result in the dismissal of the case

without further notice. As of the date on this Order, Plaintiff has not paid the filing fee. *See* docket.

Motion for Default

In his Motion for Default, Plaintiff claims the law librarian at Kern State Prison refused to make copies that he requested on January 14, 2021. Doc. No. 11 at 1. Using conclusory terms, Plaintiff claims the librarian refused his request "to harass him," "inflict emotional distress," and "interfere with this right to access to court" and deadlines. *Id.* Plaintiff does not specify what documents he asked the librarian to copy, or how the documents pertain to the instant case, which only imposed a deadline to pay the filing fee. *Id.* Plaintiff also asks the Court to provide him with copies of the "enclose[d] and attached motion of objections and exhibits for his personal file." *Id.*

To the extent Plaintiff requests copies in his motion, the Clerk does not provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. *See* 28 U.S.C. § 1914. Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. If Plaintiff desires to receive a conformed copy for your records, you must send an original and two copies of the document and a pre−addressed postage−paid envelope for the Court to return your copy to you. L.R. 133.

Motion to Clarify Objections

Turning to Plaintiff's Motion to Clarify, Plaintiff states he left out of his Objections to the March 2020 Findings and Recommendation allegations that Ballestero and co-workers "verbally threatened him with physical injury and assault for exercising his rights." Doc. No. 12 at 1. It is improper for Plaintiff to attempt to supplement his objections, previously filed on April 16, 2020, *after* the district court adopted the Findings and Recommendation. *See Lintz v. Potter*, 2012 WL 9034131 *1 (E.D. Ca. Sept. 13, 2012) (noting when no indication that evidence not previously available to the plaintiff, objections to findings and recommendations are not intended to serve as second bite at the apple). Objections to a Findings and Recommendation are due within fourteen

days after being served a copy of the recommended disposition. *See* Fed. R. Civ. P. 72(b)(2). Thus, the court finds the attempt to further supplement his objections untimely.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion for *ex parte* default and motion for copies (Doc. No. 11) is **DENIED**.

2. Plaintiff's motion to clarify (Doc. No. 12) is **DENIED.**

IT IS SO ORDERED.

Dated:   January 29, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE